# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

HENRY THOMAS

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj92-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Henry Thomas_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her (brief description of offense)

with intent to defraud, falsely make, forges, counterfeit, engrave and print any order in imitation of and purporting to be a blank money order issued by or under the direction of the Post Office Department and Postal services,

in violation of Title __18__ United States Code, Section(s) __500__

CHARLES S. COODY
Name of Issuing Officer

_____
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

September 20, 2006    Montgomery, Alabama
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by_____
                          Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest