IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CRIMINAL NO. 2:06MJ-92-CSC |
| HENRY THOMAS | ) |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN AND/OR KEEPER OF THE  <u>LAWRENCE COUNTY JAIL</u>

AT <u>BEFORD, IN</u>

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of **HENRY THOMAS**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of **Montgomery** on **October 25, 2006** at **10:00 a.m.**, to answer charges pending in said court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT

DONE, this the 22nd day of September 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: _____
DEPUTY CLERK

[Handwritten notation: Unexecuted 9/22/06 w/ Lawrence Co. Natalie spoke w/ 10/26/06. Court set new court date.]

RETURNED AND FILED
SEP 27 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.